**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARL WILLIAMS,**

        **Plaintiff,**

**-vs-**       Case No. 6:05-cv-1469-Orl-UAM

**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 18)** |
| **FILED:** | **May 11, 2007** |

On February 12, 2007, a judgment was entered remanding this case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Doc. No. 17. Williams timely[1] filed the present motion for award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, seeking $4,674.31 in attorney's fees for 4.9 hours of work during 2005 at the rate of $ 157.68 per hour and for 24 hours of work during 2006 and 2007 at the rate of $162.57 per hour

---

[1] *See* 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G); Fed. R. App. P. 4(a)(1)(B)

pursuant to a provision in the EAJA that allows the Court to adjust the statutory hourly rate based on changes in the cost of living. Counsel provided the historical consumer price index to support the increase in hourly rates requested, and that counsel's training and experience support the requested hourly rates. The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked. *See* Doc. No. 19. After reviewing the papers submitted, I find that the fees requested are appropriate in the absence of objection.

Accordingly, Williams' motion for award of attorney's fees is **GRANTED**. The Court awards $4,674.31 in attorney's fees pursuant to the EAJA.

**DONE** and **ORDERED** in Orlando, Florida on May 29, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties